IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAULA BLAND RAMSEY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:13-CV-00419 |
| TACO BELL CORP., | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Defendant Taco Bell Corp.'s ("Taco Bell") Motion for Intra-District Transfer, filed May 22, 2013 (Dkt. No. 3). The above-styled action is an employment case that was removed to the Eastern District of Texas from the 431st District Court of Denton County. Taco Bell requests an intra-district transfer to the Sherman Division, arguing that the Sherman Division is the proper division for a case removed from Denton County but that "an inadvertent e-filing error" by Taco Bell caused this case to be filed in the Marshall Division instead. To date, Plaintiff Paula Bland Ramsey ("Ramsey") has not filed a response in opposition to Taco Bell's motion. As the time for filing such response has passed, the motion is ripe for ruling and the Court is compelled to assume that Ramsey has no opposition. *See* Local Rule CV-7(d). Accordingly, the Court having considered Taco Bell's motion to transfer (Dkt. No. 3) finds that the same should be and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that pursuant to 28 U.S.C. § 1404(b) the above-styled action be **TRANSFERRED** to the Sherman Division of the United States District Court for the Eastern District of Texas.

**So ORDERED and SIGNED this 2nd day of August, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE